Case No. 26-5657

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

MICHAEL G. ADAMS, in his Official Capacity as KENTUCKY SECRETARY OF STATE and as CHIEF ELECTION OFFICIAL for the KENTUCKY STATE BOARD OF ELECTIONS; ROSS C. OWENS, III, in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; ERIC FARRIS, in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JOHN Y. BROWN, III, in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; SUE PERRY, in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DEANNA BRANGERS, in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; CORY SKOLNICK, in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; DWIGHT SEARS, in his Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER; JULIE GRIGGS, in her Official Capacity as KENTUCKY STATE BOARD OF ELECTIONS MEMBER

Defendants - Appellees

KENTUCKY ALLIANCE FOR RETIRED AMERICANS; LEAGUE OF WOMEN VOTERS OF KENTUCKY; ZITSI MIRAKHUR; JOERN SOLTAU; DAVID YATES, Jefferson County Clerk; THE NEW AMERICANS INITIATIVE

Intervenors - Appellees

Upon consideration of the motion to hold the case and briefing in abeyance, it is **ORDERED** that the motion is **GRANTED**. Counsel shall file a status report by November 13, 2026.

**ENTERED BY ORDER OF THE COURT**
Kelly L. Stephens, Clerk

Issued: September 21, 2026